**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kristin Miller,

Plaintiff,

vs.

Waseca Medical Center-Mayo Health System and Dr. Ronald Ganelli,

Defendants.

---

**Civil No. 01-CV-644 DSD/JMM**

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Kristin Miller and defendant Waseca Medical Center-Mayo Health System, through their respective undersigned attorneys, that Waseca Medical Center's time to answer or otherwise plead in this case is extended to and including June 1, 2001.

Dated: May 2, 2001

NICHOLS KASTER & ANDERSON, PLLP

James H. Kaster, #53946
Nicholas G.B. May, #287106

4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR KRISTIN MILLER

FILED MAY 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 2, 2001

FAEGRE & BENSON LLP

Marcy R. Frost

Mary E. Stumo, #122440
Marcy R. Frost, #229933

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR WASECA MEDICAL CENTER-MAYO HEALTH SYSTEM

M1:746851.01

So Ordered

5/3/01

John M. Mason
U.S. Magistrate Judge