**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Marna Wahl, Civil No. 01-645 (JMR/AJB)

Plaintiff,

v.

Waseca Medical Center–Mayo Health System and Dr. Ronald Ganelli,

Defendants,

**REPORT AND RECOMMENDATION ON MOTION TO CONSOLIDATE**

and

Kristin Miller, Civil No. 01-644 (DSD/JMM)

Plaintiff,

v.

Waseca Medical Center–Mayo Health System and Dr. Ronald Ganelli,

Defendants,

This matter is before the Court, United States Magistrate Judge Arthur J. Boylan, on plaintiffs' motion to consolidate cases. Defendant does not oppose consolidation. Hearing was held on December 11, 2001, at 638 U.S. Courthouse, 316 No. Robert St., St. Paul, Minnesota. The matter is properly before the Magistrate Judge for report and recommendation under 28 U.S.C. §636 and Local Rule 72.1(c).

The complaints in the above cases allege nearly identical facts and causes of action. Both plaintiffs are represented by the same law firm, and defendant is represented by the same defense counsel in both matters. The Miller case is presently assigned to United States

FILED DEC 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

District Court Judge David S. Doty and United States Magistrate Judge John M. Mason. The Wahl case is assigned to United States District Court Judge James M. Rosenbaum and United States Magistrate Judge Arthur J. Boylan. The Miller case was given the earlier case identification number and first judicial assignment, though the cases were filed on the same day. Pursuant to Part 6(d) of the District of Minnesota's Order for Assignment of Cases, dated April 2, 2001, when judges assigned to two or more related cases agree that the cases are companion cases or related cases, the judge to whom the newest case has been assigned will enter a written order directing the Clerk to reassign the case to the judge to whom the earlier case has been assigned.

Based upon the foregoing discussion, the Magistrate Judge **HEREBY RECOMMENDS** that the assigned District Court judges find that the above-captioned cases are related cases; that consolidation is appropriate; and that a United States District Court Judge and a United States Magistrate Judge be assigned pursuant to the District of Minnesota's Order for Assignment of Cases, dated April 2, 2001. [Docket No. 9, Civil File No. 01-645 JMR/AJB].

Dated: 12/12/01

Arthur J. Boylan
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500