UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KRISTIN MILLER,

Plaintiff,

v.

WASECA MEDICAL CENTER,

Defendant.

CIVIL NO. 01-644 (DSD/JMM)

ORDER

IT IS HEREBY ORDERED that oral argument on Defendant's Motion to Extend Time to Depose and to Compel Production [Docket No. 13] has been rescheduled before the undersigned to commence on Monday, January 28, 2002 at 10:00 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: January 22, 2002

JOHN M. MASON
United States Magistrate Judge

FILED JAN 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK