UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KRISTIN MILLER and
MARNA WAHL,

Plaintiffs,

v.

WASECA MEDICAL CENTER MAYO
HEALTH SYSTEM and
DR. RONALD GANELLI,

Defendants.

CIVIL NO. 01-644 (DSD/SRN)

NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the following motions have been rescheduled and will be heard before the undersigned on **June 24, 2002 at 1:30 p.m. in Courtroom C, Second Floor, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota:**

#65 Plaintiffs' Motion to Quash Subpoenas, Compel Discovery and for Protective Order;

#66 Defendant Waseca Medical's Motion to Compel Discovery, Extend Time for Depositions, Extend Discovery Deadline, and for Sanctions; and

#73 Defendant Dr. Ronald Ganelli's Motion to Compel.

Dated: June 18, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

JUN 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK