UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-644(DSD/SRN)

Kristin Miller and
Marna Wahl,

Plaintiffs,

v.

**ORDER**

Waseca Medical Center -
Mayo Health System and
Dr. Ronald Ganelli,

Defendants.

This matter is before the court on plaintiffs' appeal of the order of Magistrate Judge John M. Mason dated May 22, 2002. The order was issued in response to plaintiffs' motion for leave to amend the complaint to allow for punitive damages on the common law claims against defendant Waseca Medical Center - Mayo Health System and defendant Ronald Ganelli. The order granted plaintiffs' leave to seek punitive damages relating to their assault and battery claim against Ganelli but denied the motion with respect to their claim for negligent infliction of emotional distress. The order denied plaintiffs the opportunity to seek punitive damages against Waseca on the assault and battery, and negligent infliction of emotional distress claims.

Based on a review of the record herein, the court finds that the magistrate judge's order is neither clearly erroneous nor contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P.

FILED 7-10-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

72(a); D. Minn. LR 72.1(b)(2). Moreover, plaintiffs request that this court take their appeal under advisement until the close of evidence at trial is without merit since the record demonstrates that plaintiffs had ample opportunity to complete their depositions before the deadline for their motion to amend. The standard of review under Fed. R. Civ. P. 72(a) is "extremely deferential." See Reko v. Creative Promotions, Inc., 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999). In fact, a district judge must affirm a magistrate judge's order unless that order is "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). After careful review, the court cannot conclude that the magistrate judge's order is clearly erroneous or contrary to law.

Accordingly, **IT IS HEREBY ORDERED** that the order of the United States magistrate judge dated May 22, 2002, is affirmed in all respects.

Dated: July 10, 2002

David S. Doty, Judge
United States District Court