**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kristin Miller and Marna Wahl,

Plaintiffs,

vs.

Waseca Medical Center - Mayo Health System, and Dr. Ronald Ganelli,

Defendants.

---

**Civil No. 01-644 DSD/SRN**

**STIPULATION AND ORDER FOR DISMISSAL**

**STIPULATION**

The parties, by and through the undersigned counsel, stipulate to the dismissal, with prejudice, of all claims in this action. This stipulation is made pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: March 4, 2003

NICHOLS, KASTER & ANDERSON

James H. Kaster
Attorney Reg. No. 53946
Nicholas G.B. May
Attorney Reg. No. 287106
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-1919

Attorneys for Plaintiffs

MAR 5 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 3, 2003

FAEGRE & BENSON LLP

Adam J. Kirsch

Mary E. Stumo
Attorney Reg. No. 122440
Adam J. Kirsch
Attorney Reg. No. 298815

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant Waseca Medical Center

Dated: March 3, 2003

MEAGHER & GEER, PLLP

Mary M. L. O'Brien #177404
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

Attorney for Defendant Dr. Ronald Ganelli

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: 3/5/03 ______________________ ______________________

Judge of District Court

M1:915986.02